**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

February 10, 2021

<u>**VIA ECF**</u>
The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re: *Thorne v. Oriental Trading Company, Inc., et al.,*
           <u>Case No.: 1:20-cv-9377-JMF</u>

Dear Judge Furman,

  The undersigned represents Braulio Thorne, on behalf of himself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Oriental Trading Company, Inc., Oriental Trading Group LLC, and Oriental Trading Ltd., (collectively referred to as ("Defendant"). In response to Your Honor's Order on February 10, 2021 (Dkt. 11), I was informed by the Process Server that the Defendant was served on January 11, 2021 but they have yet to send me the Affidavit of Service. I apologize for failing to inform the Court and Your Honor, in a timely fashion, that a Settlement has been reached between the Parties in this matter.

  Accordingly, we write, with Defendant's consent to inform the Court that the Parties have reached a settlement in principle, and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

  We thank the Court for its time and attention in this matter.

                    Respectfully submitted,

                    <u>*/s/Michael A. LaBollita, Esq.*</u>
                    Michael A. LaBollita, Esq.

cc: VIA EMAIL
Rebecca M. McCloskey, Esq.
Jackson Lewis P.C.
Rebecca.McCloskey@jacksonlewis.com
*Attorneys for Defendant*